IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
RONALD E. WEBB,                )
                               )
           Plaintiff,          )        8:07CV470
                               )
      v.                       )
                               )
UNITED STATES OF AMERICA,      )        ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the stipulation and motion for dismissal with prejudice (Filing No. 32). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

DATED this 27th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court